**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ANTONIO D KNOX                    §       Case No.: 10-08852
         DINAE I KNOX                      §
                                           §
         Debtor(s)                         §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2010.

2) This case was confirmed on 05/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2010.

5) The case was converted on 01/13/2011.

6) Number of months from filing to the last payment: 5

7) Number of months case was pending: 12

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,025.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---:|
| | Total paid by or on behalf of the debtor | $ 1,941.00 |
| | Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | | $ 1,941.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 871.61 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 128.59 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,000.20 |
| Attorney fees paid and disclosed by debtor | $ 91.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT | UNSECURED | 1,500.00 | 6,977.48 | 6,977.48 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NA | 62.24 | 62.24 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 305.00 | 741.07 | 741.07 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 1,160.00 | 1,160.00 | .00 | .00 |
| NUMARK CREDIT UNION | SECURED | 4,325.00 | 10,020.95 | 10,020.95 | 878.28 | 62.52 |
| NUMARK CREDIT UNION | UNSECURED | 5,892.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | .00 | 2,829.87 | 2,829.87 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,300.00 | 1,300.00 | 1,300.00 | .00 | .00 |
| STATE OF IL DEPT OF | UNSECURED | 2,335.00 | NA | NA | .00 | .00 |
| COOK COUNTY | UNSECURED | 836.00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY COURT | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 474.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,342.00 | 1,373.00 | 1,373.00 | .00 | .00 |
| BRIDGEVIEW TRAFFIC C | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | .00 | 8,371.99 | 8,371.99 | .00 | .00 |
| CREDIT UNION ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,022.00 | 1,022.66 | 1,022.66 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 13,433.00 | 23,059.10 | 23,059.10 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 1,569.00 | 1,568.66 | 1,568.66 | .00 | .00 |
| CHASE BANK | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 2,057.00 | 2,058.21 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 200.09 | 200.09 | .00 | .00 |
| CITY OF COUNTRYSIDE | UNSECURED | 30.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 10-08852    Doc 54    Filed 02/15/11    Entered 02/15/11 18:00:46    Desc Main
                      Document       Page 3 of 5

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| VILLAGE OF MAYWOOD | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| COMCAST CABLE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,000.00 | 3,177.08 | 3,177.08 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 789.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 235.00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 4,908.00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 1,239.00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 7,882.00 | NA | NA | .00 | .00 |
| DUVERA FINANCIAL | UNSECURED | 1,456.00 | NA | NA | .00 | .00 |
| EDFINANCIAL/ESA | UNSECURED | .00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL/ESA | UNSECURED | .00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL/ESA | UNSECURED | .00 | .00 | .00 | .00 | .00 |
| EDFIN SERV | UNSECURED | 5,670.00 | .00 | .00 | .00 | .00 |
| EDFIN SERV | UNSECURED | 5,500.00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 4,192.00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 2,733.00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 1,702.00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 1,334.00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 1,414.00 | .00 | .00 | .00 | .00 |
| ELFTHERIADIS | UNSECURED | 1,790.00 | NA | NA | .00 | .00 |
| ERNEST EB | UNSECURED | 2,080.00 | NA | NA | .00 | .00 |
| HIGHWAY TECHNOLOGIES | UNSECURED | 20,000.00 | NA | NA | .00 | .00 |
| UNIV OF ILL RADIOLOG | UNSECURED | 139.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 6,000.00 | 24,684.65 | 24,684.65 | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 2,184.00 | NA | NA | .00 | .00 |
| KANIKA L NUNN | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | 630.00 | NA | NA | .00 | .00 |
| U OF I DEPT OF EMER | UNSECURED | 267.00 | NA | NA | .00 | .00 |
| NATIONAL CITY CENTER | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 422.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 227.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYS FOU | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYS FOU | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYS FOU | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 299.00 | 320.68 | 320.68 | .00 | .00 |
| NTB | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| NUMARK CREDIT UNION | UNSECURED | 600.00 | 569.55 | 569.55 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ROBERT MORRIS COLLEG | UNSECURED | 9,000.00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SALLIE MAE | UNSECURED | 2,011.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,011.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 1,509.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 1,509.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 1,507.00 | .00 | .00 | .00 | .00 |
| SKS & ASSOC | UNSECURED | 4,380.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | UNSECURED | 489.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,605.00 | NA | NA | .00 | .00 |
| METROPOLITAN LIBRARY | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| UNKNOWN . | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| UNKNOWN . | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | .00 | .00 | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| LYONS POLICE DEPT | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,717.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,691.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,669.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,645.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,609.00 | .00 | .00 | .00 | .00 |
| ILLINOIS STUDENT ASS | UNSECURED | NA | 44,923.66 | .00 | .00 | .00 |
| WILLIAM P DANNA | UNSECURED | NA | 4,412.77 | 4,412.77 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,020.95 | 878.28 | 62.52 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,020.95 | 878.28 | 62.52 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,129.87 | .00 | .00 |
| **TOTAL PRIORITY:** | 4,129.87 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 77,701.02 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,000.20 |
| Disbursements to Creditors | $ | 940.80 |
| **TOTAL DISBURSEMENTS:** | $ | 1,941.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   02/15/2011               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**